

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Dimas Gonzales,

Vs. No. 11-19-00274-CR

The State of Texas,

\* From the 106th District Court
   of Dawson County,
   Trial Court No. 15-7565.

\* September 29, 2023

\* Opinion by Bailey, C.J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect the correct statute of conviction as Section 19.02(b)(1) of the Texas Penal Code. As modified, we affirm the judgment of the trial court.